UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  CASE NO.: 12-39819-BKC-LMI
Chapter 7

**LAZARO LOPEZ**
SSN: XXX-XX-0576
_____Debtor._____/

## TRUSTEE'S MOTION TO COMPEL
## TURNOVER OF NON-EXEMPT PROPERTY

Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Lazaro Lopez (the "Trustee"), through counsel and pursuant to 11 U.S.C. §§ 541 and 542 of the Bankruptcy Code, files this Motion to Compel Debtor to Turnover Non-Exempt Property (the "Motion"), and in support thereof, states as follows:

1. This case commenced with the filing of a voluntary Chapter 7 Petition by the Debtor, Lazaro Lopez on December 14, 2012. Joel L. Tabas is the duly appointed Chapter 7 Trustee.

2. The Debtor's Schedule "B" lists a variety of personal property with an aggregate scheduled value of $21,162.00 (collectively, the "Scheduled Personal Property"), including, but not limited to: (a) various jewelry more accurately described on Line 7 of schedule "B" (the "Jewelry"); (b) a 1996 Dodge truck (the "Dodge"); (c) a 1999 GMC K3500 Truck (the "GMC"); (d) a 2012 Hyundai Tucson (the "Hyundai") and (e) a 1998 Chevrolet Astro Van (the "Chevy") (collectively, the "Scheduled Property"). In addition, the Debtor may receive a Federal Income Tax Refund for the period through the Petition Date (the "Refund"). The Scheduled Property and the Refund shall be collectively referred to as the ("Property").

3. The Debtor claimed a portion of the Property as exempt.

4. Based on a review of the documents provided and other salient information, the Trustee asserts that a portion of the Property may be undervalued.

Case No. 12-39819-BKC-LMI

5. The Debtor's non-exempt interest in the Property is property of the estate pursuant to 11 U.S.C. §541 and subject to turnover.

6. Accordingly, the Trustee seeks entry of an order compelling the Debtor to either: (a) immediately enter into a stipulation with the Trustee for the valuation and repurchase his non-exempt interest in the Property; or (b) immediately turn over the non-exempt portion of the Property to the Trustee.

**WHEREFORE**, Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Lazaro Lopez, respectfully requests this Honorable Court enter an Order: (1) granting the instant Motion; (2) directing the Debtor to either: (a) immediately enter into a stipulation with the Trustee for the valuation and repurchase his non-exempt interest in the Property; or (b) immediately turn over the non-exempt portion of the Property to the Trustee; and (3) granting such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on May 1, 2013, to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to the following:

Lazaro Lopez
9855 PAN AMERICA DRIVE
Cutler Bay, FL 33189

          Respectfully submitted,

          /s/ Joel L. Tabas
          Joel L. Tabas
          Fla. Bar No. 516902
          Tabas, Freedman, Soloff, Brown & Rigali, P.A.
          Attorneys for Trustee, Joel L. Tabas
          One Flagler Building
          14 Northeast First Avenue - PH
          Miami, Florida  33132
          Telephone:  (305) 375-8171
          Facsimile:  (305) 381-7708
          Jtabas@tabasfreedman.com